UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENDOEVOLUTION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-10070 |
| | ) | |
| ETHICON ENDO-SURGERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **(PROPOSED) ORDER**

Before the Court is Defendant Ethicon Endo-Surgery, Inc.'s Motion to Confirm the June 27, 2017 Arbitration Award. After considering the Motion, the Court finds that it is well-taken. Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that the Arbitral Award is confirmed.

ORDERED this __ day of _____, 2017.

BY THE COURT

Hon. Richard G. Stearns
United States District Judge