**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

EndoEvolution, LLC.
                Plaintiff

              V.

Ethicon Endo-Surgery, Inc.
                Defendant

CIVIL ACTION

NO.  1:16-cv-10070-RGS

**ORDER OF DISMISSAL**

The parties' dispute having been resolved by arbitration, and the arbitral award being confirmed, the complaint is hereby **DISMISSED**.

By the court,

7/26/17                      By:    /s/ Brendan Garvin
Date                                  Deputy Clerk